UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10cv270

| | |
|---|---|
| **SIR TRAVIS GEE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **(FNU) BOYLES, et al.,** ) | **O R D E R** |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER** is before the Court on the Court's own motion.

On November 18, 2010, Plaintiff filed a Complaint under 42 U.S.C. § 1983 in which he alleges that he was subjected to an instance of excessive force by Defendants Hudley and Fox, and that all three Defendants were deliberately indifferent to his serious medical needs. (Doc. No. 1 at 3-7). On December 7, 2010, Plaintiff amended his Complaint to add an allegation that Defendant Boyles was subject to supervisory liability for his involvement with the foregoing matters; and Plaintiff noted that he is suing Defendants in both their individual and official capacities. (Doc. No. 5). As of March 4, 2011, Defendants have filed an Answer to Plaintiff's allegations. (Doc. No. 15). Such Answer denies the material allegations in Plaintiff's Complaint and amendment, and it asserts that Plaintiff is not entitled to any relief. (Doc. No. 15).

The Court advises the parties that should they choose to file any dispositive motions, particularly motions for summary judgment, they must do so within ninety (90) days of the date of this Order.

**IT IS, THEREFORE, ORDERED** that:

1. The parties have ninety (90) days from the date of this Order in which to file any

dispositive motions; and

2. In the event any such dispositive motion is filed, the opposing party shall have thirty (30) days in which to file a response with the Court.

Signed: December 15, 2011

Robert J. Conrad, Jr.
Chief United States District Judge